**NATHANIEL M. DAVIS, P.C.**
1980 Springfield Avenue, Ste 2
Maplewood, New Jersey 07040
Telephone No.: (973) 792-9005
Fax No.: (973) 792-9007

E-Mail: gregoryjohnson282@gmail.com

GREGORY G. JOHNSON
Member of NJ & PA Bars

May 24, 2023

**VIA ELECTRONIC FILING**
Hon. John M. Vazquez, USDJ
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

  Re: MARINO v. WESTFIELD BOARD OF ED.
     Dkt. No. : 2:16-CV-00361-JMV-CLW

Dear Judge Vazquez:

 I am writing on behalf of the Plaintiff to request a date for trial be scheduled for the above-named matter.

 This matter has been pending before the court for an extended period of time. In the interest of fairness and to avoid burdening the Plaintiff with additional stress and disheartenment by forcing him to face an unending timeline for a personally difficult situation, I would like to reiterate my request that a firm trial date be placed on the calendar.

 I am available for trial on any dates between October 1, 2023, and November 1, 2023.

 Despite numerous attempts to contact Defendant's Counsel for input, she declined to join in this request, and didn't offer alternative time frames.

 If you have any questions, please do not hesitate to contact me.

         Respectfully submitted,

         *[signature]*
         Gregory G. Johnson, Esq.

cc: Derlys Gutierrez, Esq./Westfield's Counsel
   Joseph Marino, Client/Coach